# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ROBERT S. MINCHEW, SR.

VERSUS

ANCO INSULATIONS, INC., ET AL

NO.  2021 CW 0175

**APRIL 22, 2021**

---

In Re:   The J. Graves Insulation Company, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 690071.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT